# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00358-CV

### In re Sheik Tehuti, Elfreda Allen, and Pyramid Bonds

### ORIGINAL PROCEEDING FROM DALLAS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Sheik Tehuti filed a petition for writ of mandamus on behalf of himself, Elfreda Allen, and Pyramid Bonds, complaining of actions taken by the 193rd District Court in Dallas County. *See* Tex. R. App. P. 52.8. Tehuti did not respond to a request by this Court to explain why we should exercise jurisdiction over the cause, which originates in a county beyond our district boundaries. *See* Tex. Gov't Code Ann. § 22.201(d) (West Supp. 2011). Having reviewed the petition and attachments, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Filed:   July 6, 2012